IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY E. MILLS,

    Petitioner,

v.                                                 4:12cv255-WS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 10, 2014.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DENIED.  The petitioner has filed objections (doc. 24) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   9th   day of    February   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE